# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

LESLIE WYATT,

      Plaintiff,

v.

NEW ENGLAND MUTUAL
LIFE INSURANCE, et al.,

      Defendants.

Case No. 2:17-cv-40
**CHIEF JUDGE EDMUND A. SARGUS, JR.**
Magistrate Judge Kimberly A. Jolson

## ORDER

On March 13, 2017, the Magistrate Judge issued a Report and Recommendation (ECF No. 15) recommending that the Court deny Plaintiff's Motion to Remand (ECF No. 9), concluding that the amount in controversy alleged in the Complaint was sufficient to establish federal jurisdiction based on diversity of citizenship. The Report and Recommendation advised the parties that failure to object within fourteen (14) days would result in a waiver of review. The time period for objections has run and no party has objected. Accordingly, the Report and Recommendation (ECF No. 15) is **ADOPTED**, and for the reasons set forth in the report, Plaintiff's Motion to Remand (ECF No. 9) is **DENIED**.

**IT IS SO ORDERED.**

\_\_4-3-2017\_\_  
DATE

_____  
EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE